**914 TALBOT vs. CIRCUIT JUDGE** (Berrien) No. 13934½.

To vacate an order granting a re-hearing on an application for mandamus against a village council, where an issue had been framed and on the day set for taking testimony, respondent did

not appear and the writ was granted, and subsequently on the application of the village council a re-hearing was granted.

Order to show cause denied January 2, 1894.